# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**LEONARD MCCLOUD,**

    **Plaintiff,**

**vs.**                                                     **CIVIL ACTION NO. 3:16cv991**

**MICHAEL HUSZAR, NORTHSHORE**
**CONCRETE PRODUCTS, LLC AND**
**JOHN DOES 1-5,**

    **Defendants.**

## NOTICE OF INTENT TO ISSUE AND SERVE SUBPOENA
## DUCES TECUM ON A NON-PARTY

**PLEASE TAKE NOTICE** that Defendants, **Michael Huszar and Northshore Concrete Products, LLC**, by and through its attorney herein, has this day caused to be issued a Subpoena Duces Tecum to the following non-party for service:

Baptist Medical Center Yazoo
823 Grand Avenue
Yazoo City, Mississippi 39194

A copy of the Subpoena Duces Tecum is attached hereto as an unmarked exhibit.

Respectfully submitted this, the 20th day of February, 2017.

                                                              Respectfully submitted,

                                                              /s/ Erica J. Lloyd
                                                              Erica J. Lloyd, MS 104681
                                                              McAngus, Goudelock & Courie, LLC
                                                              317 Heritage Drive, Suite 3
                                                              Oxford, Mississippi 38655
                                                              Telephone: (662) 281-7835
                                                              Facsimile: (662) 259-8460
                                                              erica.lloyd@mgclaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon all counsel of record via the Courts ECF filing system as follows:

> Toney A. Baldwin
> Baldwin & Baldwin, PLLC
> Post Office Box 3199
> Jackson, Mississippi 39207
> Attorney for Leonard McCloud

This the 20th day of February, 2017.

/s/ Erica J. Lloyd
ERICA J. LLOYD